**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

**LYNCHBURG RANGE & TRAINING, LLC
d/b/a SafeSide Lynchburg,**

**VIRGINIA CITIZENS DEFENSE LEAGUE,**

**GUN OWNERS OF AMERICA, INC.,**

**and**

**ASSOCIATION OF VIRGINIA GUN RANGES,**

　　　　　　　　**Plaintiffs,**

　　　**v.**　　　　　　　　　　　　　　　　**Case No. 6:20-cv-00019-NKM**

**HON. RALPH S. NORTHAM
(In his Official Capacity as
Governor of the Commonwealth of Virginia)**

**and**

**GARY T. SETTLE
(In his Official Capacity as
Superintendent of the Virginia State Police)**

　　　　　　　　**Defendants.**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby voluntarily dismiss the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.  Therefore, Plaintiffs' dismissal of the Action is effective upon the filing of this Notice.

Dated: April 8, 2020

By: ___*/s/ David G. Browne*_____
David G. Browne (VSB No. 65306)
SPIRO & BROWNE, PLC
6802 Paragon Place, Suite 410
Richmond, VA 23230
Telephone: (804) 573-9220
Facsimile: (804) 836-1855
Email: dbrowne@sblawva.com

William J. Olson (VSB No. 15841)
Robert J. Olson (VSB No. 82488)
Herbert W. Titus (VSB No. 41126)
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, Virginia 22180
Telephone: 703-356-5070
114 Creekside Lane
Winchester, Virginia 22602
Telephone: 540-450-8777
E-mail: wjo@mindspring.com

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on this 8th day of April 2020, a true and accurate copy of the foregoing Notice of Voluntary Dismissal was filed via the ECF system and served thereby on all parties receiving notice via the ECF system.

                  _____*/s/ David G. Browne*_____

2